**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:01-cr-00296-MTS |
| | ) | |
| ANDRE WORTHY, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Defendant Andre Worthy has filed a Motion for Relief Under Amendment 821, Doc. [457]. Because the amendment does not change the applicable guideline range Defendant is ineligible for a reduction in his sentence and his motion will be denied.

Defendant believes he is eligible for a reduced sentence pursuant to Part A of Amendment 821 to the Sentencing Guidelines. Part A of Amendment 821 reduces "status points"—criminal history points added when the offense is committed while under another criminal justice sentence—by one point for individuals with seven or more criminal history points and eliminates status points for individuals with six or less criminal history points. *See* U.S.S.G. § 4A1.1(e). Thus, under Part A of Amendment 821, Defendant is eligible for a reduced sentence only if the amendment reduces his criminal history category such that the applicable guidelines range is lower. *See* U.S.S.G. § 1B1.10(a)(2)(B) ("A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if--(B) An amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").

At the time the Court sentenced Defendant, under the then-existing guidelines, Defendant had a total criminal history score of 11 and a criminal history category of V. Doc. [264] at 19 ¶125. Applying Amendment 821's change to § 4A1.1 to Defendant's guidelines calculation would reduce his total criminal history score to 10, but that would not change his criminal history category or his Guidelines range. *See* U.S.S.G. ch. 5. As such, Defendant is ineligible for a reduction in sentence. U.S.S.G. § 1B1.10(a)(2)(B).

Accordingly,

## CONCLUSION

**IT IS HEREBY ORDERED** that Defendant's Motion for Relief Under Amendment 821, Doc. [457], is **DENIED**.

Dated this 9th day of September, 2026

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE